IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Southern Division)

DOROTHY GALES

*on her own behalf and on behalf of all others similarly situated,*

    Plaintiffs,

v.

CAPITAL ONE, N.A.
D/B/A CAPITAL ONE AUTO FINANCE

    Defendant.

Case No. 8:13-cv-01624-WGC

## ~~PROPOSED~~ ORDER

Upon consideration of the Motion to Approve *Cy Pres* Recipient (and Defendant having no objection), IT IS this 22nd day of July, 2016 by the United States District Court for the District of Maryland, **ORDERED**:

1. That the Motion to Approve *Cy Pres* Recipient, Be, and the same hereby IS, **GRANTED**;

2. That the Court approves Job Opportunities Task Force on behalf of The Maryland CASH Campaign as the *cy pres* recipient;

3. That the *cy pres* funds shall be used solely and exclusively by The Maryland CASH Campaign; and

4. That the Settlement Administrator shall distribute the residue of the Settlement Fund to the *cy pres* recipient in accordance with the Settlement Agreement between the parties. ECF #66-3.

*/s/ William Connelly*
William Connelly
United States Magistrate Judge